1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

ERMUNDO CHILCOTE ORTIZ,

NO.  C16-1146-JCC

9

Plaintiff,

10

v.                                                  ORDER OF DISMISSAL

11

KING COUNTY CORRECTIONAL
FACILITY, et al.,

12

13

Defendants.

14

15

The Court, having reviewed the Report and Recommendation of the Honorable James P.

16

Donohue, United States Magistrate Judge, the lack of objections thereto, and the remaining

17

record, finds and Orders as follows:

18

1. The Court ADOPTS the Report and Recommendation.

19

2. This matter is DISMISSED without prejudice and without leave to amend for failure to

20

state a claim upon which relief may be granted.  *See* 28 U.S.C. § 1915(e)(2)(b)(ii).

21

3. This dismissal counts as a STRIKE under the Prison Litigation Reform Act, 28 U.S.C. §

22

1915(g).

23

4. The Clerk is directed to send a copy of this Order to plaintiff and to Judge Donohue.

24

ORDER OF DISMISSAL - 1

1    DATED this 30th day of September, 2016.

2

3

4

5

6

                                                                                          

7                                                                  John C. Coughenour
                                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL - 2